UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      CRIMINAL ACTION

VS.      NO. 00-CR-114-1

DARRYL TYRONE JONES      SECTION:
    Defendant

*************************************************************************

## MOTION FOR STATUS CONFERENCE

NOW INTO COURT, through the undersigned counsel, comes Darryl Tyrone Jones, who hereby moves for a status conference as follows:

1.

Darryl Tyrone Jones entered a plea of guilty on March 23, 2001 to the formal charges of the indictment and pursuant to a judgment of August 30, 2001 received his sentence with conditions.

2.

Mr. Jones has completed his sentence and all of his conditions and desires a status conference with this Honorable Court to discuss the expungement and/or sealing of his criminal record.

WHEREFORE, Darryl Tyrone Jones respectfully requests a status conference.

Dated: 04 AUG 20

Respectfully submitted,

Michael Charles Guy LBN 25406
Post Office Box 2802
Baton Rouge, Louisiana 70821
Tel: (225) 235-8164
mikeguy@cox.net

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VS.                                                   NO. 00-CR-114-1

DARRYL TYRONE JONES                                   SECTION:
   Defendant
************************************************************************

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the instant pleading has been forwarded to the United States Attorney's Office for the Middle District Court of Louisiana on this ____4th____ day of August 2020.

_____
Michael Charles Guy